IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RODNEY ALVERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv61-MHT |
| | ) | (WO) |
| LORENZO MILLS, in his | ) | |
| individual and official | ) | |
| capacity, at al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION AND ORDER

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit contending that the defendant correctional officers and officials transferred him to Easterling Correctional Facility in retaliation for his litigation activities. He filed two motions for preliminary injunction: the first seeks an order requiring defendants to allow him to work in a furniture plant, which would require him to be moved to another prison; the second motion seeks an order requiring the commissioner of the Department of Corrections, within 30 days, to reduce the number of

prisoners and hire more correctional officers at Easterling Correctional Facility to provide better security. This case is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motions for preliminary injunction be denied. There are no objections to the recommendation. Upon an independent and de novo review of the record, the court concludes that the recommendation should be adopted.

***

Accordingly, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 47) is adopted.

(2) The motions for preliminary injunction (doc. nos. 14 & 16) are denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 22nd day of June, 2018.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**