IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RODNEY ALVERSON, )<br>)<br>    Plaintiff, )<br>) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:18cv61-MHT |
| ) | (WO) |
| LORENZO MILLS, in his ) <br>individual and official )<br>capacity, et al., )<br>)<br>    Defendants. ) | |

OPINION AND ORDER

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit contending that the defendant correctional officers and officials, in retaliation for his litigation activities, transferred him to Easterling Correctional Facility and did not assign him to Staton Correctional Facility.  In March 2020, he filed his second motion for preliminary injunction, seeking a transfer to a less violent dorm and to Staton Correctional Facility.  This case is before the court on the recommendation of the United States Magistrate Judge that the motion for preliminary

injunction be denied. There are no objections to the recommendation. Upon an independent and de novo review of the record, the court concludes that the recommendation should be adopted.

***

Accordingly, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 81) is adopted.

(2) The motion for preliminary injunction (doc. no. 80) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 24th day of April, 2020.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**