IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **RODNEY ALVERSON,** )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>**LORENZO MILLS, in his** )<br>**individual and official** )<br>**capacity, et al.,** )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:18cv61-MHT<br>(WO) |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit contending that the defendant correctional officers and officials, in retaliation for his litigation activities, transferred him to Easterling Correctional Facility and did not assign him to Staton Correctional Facility. This case is before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment be granted. There are no objections to the recommendation. Upon an independent and de novo review of the record, the court concludes that the

recommendation should be adopted in that summary judgment should be granted, but for somewhat different reasons as to the First Amendment and equal protection claims.

An appropriate judgment will be entered.

DONE, this the 30th day of March, 2021.

                                           /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**